## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SAMMIE L. BROWN, JR.                                                                                          PLAINTIFF

v.                                             No. 4:13CV00678 JLH-JTK

ASHLEY COUNTY DETENTION
CENTER, et al.                                                                                                      DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 13th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE